receipt # 72443
check # 114

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

U.S. BANKRUPTCY COURT
FILED
2010 SEP 15 PM 2: 54
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: BROOKES, LARRY K., JR. LAURIE A. | ) | CASE NO. 09-44426 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 114 in the amount of $4.04.

The dividend relates to the following claimant:

Claimant:

Amount:

Allied Adjusters
P.O. Box 1006
Aliquippa, PA  15001

$4.04

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)